IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **LOUIS D. CRAFT, JR.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. CIV 20-483-RAW-JAR |
| | ) | |
| **OFFICER GALUTZA,** | ) | |
| | ) | |
| Defendant. | ) | |

**OPINION AND ORDER**

On March 2, 2023, Plaintiff was granted an extension of time to serve Defendant Galutza by publication. (Dkt. 79). On April 21, 2023, Plaintiff advised the Court that he erroneously had attempted to serve Galutza by publication in the *McAlester Capital* newspaper, when he should have attempted to serve Defendant Galutza by publication in the *Muskogee Phoenix* newspaper. (Dkt. 81). He requests the Court to provide a court order regarding service by publication and a file-stamped summons, so he can obtain a price quote for the publication to submit for his mandatory savings. *Id*. at 2. He further requests another extension of time to serve Galutza by publication. *Id*.

The Court hereby grants Plaintiff's motion for extension of time to correct error and serve process on Correctional Officer Galutza by publication in the *Muskogee Phoenix* newspaper (Dkt. 81). Plaintiff is granted an additional sixty (60) days from the entry of this Opinion and Order to complete the service of Defendant Galutza by publication. No additional extensions will be granted. The Court Clerk is directed to send Plaintiff a file-stamped copy of the summons for Defendant Galutza.

**IT IS SO ORDERED** this 31st day of October 2023.

Ronald A. White
United States District Judge
Eastern District of Oklahoma